| | |
|---|---|
| 1 | KRONISH LIEB WEINER & HELLMAN LLP |
| | JAY R. INDYKE (*pro hac vice* admission pending) |
| 2 | MELISSA S. HARRISON (*pro hac vice* admission pending) |
| | 1114 Avenue of the Americas |
| 3 | New York, NY 10036 |
| | Telephone: (212) 479-6000 |
| 4 | Facsimile: (212) 479-6275 |
| | Email: jindyke@kronishlieb.com |
| 5 | |
| | Proposed Lead Counsel for |
| 6 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| 7 | COOLEY GODWARD LLP |
| | ROBERT L. EISENBACH III (124896) |
| 8 | DAVID A. LEVINE (219006) |
| | One Maritime Plaza, 20th Floor |
| 9 | San Francisco, CA 94111-3580 |
| | Telephone: (415) 693-2000 |
| 10 | Facsimile: (415) 951-3699 |
| | Email: reisenbach@cooley.com |
| 11 | |
| | Proposed Local Counsel for |
| 12 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| ANY MOUNTAIN, LTD, | Case No. 04-12989 |
| Debtor. | **REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(g) and (i), 3017(a), and 9010(b), OFFICIAL COMMITTEE OF UNSECURED CREDITORS (hereinafter "CREDITORS' COMMITTEE"), hereby requests the Clerk of the above Court, the Debtor, Debtor's Counsel, and all other interested parties, to give notice to CREDITORS' COMMITTEE regarding all matters within the scope of Bankruptcy Rules 2002(a), (b), (e), (f), (i), and to provide copies of all documents, including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents

brought before the Court in this case or required to be sent under the Bankruptcy Rules, the Local Rules or the practices of this Court, by sending such notices and documents to CREDITORS' COMMITTEE at the following addresses:

>Any Mountain Creditors' Committee
>c/o Robert L. Eisenbach III
>Cooley Godward LLP
>One Maritime Plaza, 20th Floor
>San Francisco, CA 94111-3580
>Email: reisenbach@cooley.com
>
>AND
>
>Any Mountain Creditors' Committee
>c/o Jay R. Indyke
>Kronish Lieb Weiner & Hellman LLP
>1114 Avenue of the Americas
>New York, NY 10036
>Email: jindyke@kronishlieb.com

Dated: February 2, 2005

**KRONISH LIEB WEINER & HELLMAN LLP**
Jay R. Indyke (*pro hac vice* admission pending)
Melissa S. Harrison (*pro hac vice* admission pending)
1114 Avenue of the Americas
New York, New York 10036
(212) 479-6000

-and-

**COOLEY GODWARD LLP**

/s/ Robert L. Eisenbach III
Robert L. Eisenbach III (124896)
David A. Levine (219006)
One Maritime Plaza, 20th Floor
San Francisco, California 94111-3580
(415) 693-2000

Proposed Attorneys for the Official Committee of Unsecured Creditors