UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

ANY MOUNTAIN, INC.,                                                           No. 04-12989

                              Debtor(s).
_____/

Memorandum and Order on Motion for Stay Pending Appeal
_____

      In this case, the court approved the assumption and assignment of a commercial lease. No objections had been filed. The landlord has now filed a notice of appeal, alleging that he was not served with the motion. He has also filed a motion for a stay pending appeal which alternatively seeks reconsideration.

      It is somewhat unusual to appeal from an order based on issues which were never submitted to the trial judge for adjudication.[1] Among other things, this places the appellate court instead of the trial court in the position of having to make a finding of fact as to whether service was proper.[2] Moreover, if notice was insufficient then the court's order is void in any event. *In re Loloee*, 241 B.R. 655, 661 (9th Cir. BAP 1999).

---

[1] The landlord represents in his motion that the court overruled his objection. The court has no recollection of this, nor does the docket reflect the filing of an objection. The court would certainly be sensitive to any allegation of improper service and does not recall this issue being raised.

[2] The court of course checks proofs of service before granting a motion. However, the court's scrutiny is limited to insuring that service *might* be proper. The court would have no way of knowing if the wrong party was served or an address was not correct.

The court will of course listen to the arguments of the landlord that it was never properly served. Therefore,

IT IS ORDERED that the court will consider the landlord's motion for reconsideration on January 6, 2006, at 10:00 A.M.; and

IT IS FURTHER ORDERED that the Order Authorizing Assumption and Assignment of Lease entered on December 23, 2005, is stayed until the court has ruled on this motion.

Dated: December 29, 2005

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge