UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

ANY MOUNTAIN, INC., No. 04-12989

Debtor(s).
_____/

Memorandum and Order on Objections to Claims
_____

On February 24, 2006, the debtor filed objections to dozens of claims. It has now filed the same number of requests for default. While it is burdensome to the court to have all these matters dumped on it at once, the court began to slog through them when it discovered that the debtor objected to claim #141 on the sole ground that it was a duplicate of #142 and also objected to #142 on the sole ground that it was a duplicate of #141 and then requested disallowance of both claims. A quick review reveals other problems, including an order to disallow two claims but allowing an amount to a creditor with, in essence, no claim. The court ascribes these mistakes to volume and not an intentional attempt to deceive the court, but it is obvious that processing the claims *en masse* has lead to procedural mistakes.

IT IS THEREFORE ORDERED that all requests for disallowance are denied, without prejudice to actual hearings. No more than five objections may be set on a single calendar. Where the basis for objection is a duplication, counsel for the debtor shall certify that he has not objected to the claim's doppelganger.

Dated: April 10, 2006

Alan Jaroslovsky
U.S. Bankruptcy Judge